# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CODY HAMILTON AND DEVIN
LEWIS HAMILTON

NO.  2022 CW 0101

VERSUS

SAFEGUARD CAPITAL FUND,
L.P., SAFEGUARD SAFE
STORAGE, INC., SAFEGUARD
DEVELOPMENT GROUP, LLC,
SAFEGUARD DEVELOPMENT I,
LLC, SAFEGUARD EQUITY GROUP,
LLC, SAFEGUARD STORAGE
PROPERTIES, LLC, AND                    **APRIL 25, 2022**
SAFEGUARD OPERATIONS, LLC,
ABC INSURANCE COMPANY, AND
XYZ INSURANCE COMPANY

---

In Re:    The State of Louisiana, through the Department of
          Public Safety and Corrections and Office of the State
          Fire Marshal, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 681837.

---

**BEFORE:   GUIDRY, PENZATO, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not contain
a transcript of the contradictory hearing on relator's motion
for summary judgment, and the trial court's reasons for denying
the motion are not otherwise evident from the writ application.
See La. Code Civ. P. art. 966(D)(4). Accordingly, this court
requires a copy of the hearing transcript.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all required items, including the
missing documentation noted above, and must comply with Rule 2-
12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new
application must be filed on or before May 25, 2022 and must
contain a copy of this ruling.

                    **JMG**
                    **AHP**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a. Sm_
DEPUTY CLERK OF COURT
    FOR THE COURT